| | |
|---|---|
| **1. ISSUE DATE:** 9/23/2010 | |
| **2. FTCA DEEMING NOTICE NO.:**<br>1-F00000472-10-1 | |
| **3. COVERAGE PERIOD:**<br>**FROM:** 1/1/2011 **THROUGH:** 12/31/2011 | |
| **4. NOTICE TYPE:** Renewal | |
| **5a. ENTITY NAME AND ADDRESS:**<br>PEOPLE'S COMMUNITY HEALTH CENTER<br>5701 DELMAR BOULEVARD<br>ST. LOUIS, MO 63112-2617 | DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES<br>HEALTH RESOURCES AND SERVICES<br>ADMINISTRATION<br><br>**HRSA**<br><br>NOTICE OF DEEMING ACTION |
| **5b. DBA NAME:** | **FEDERAL TORT CLAIMS ACT AUTHORIZATION:**<br>Federally Supported Health Centers Assistance Act<br>(FSHCAA), as amended,<br>Sections 224(g)-(n) of the Public Health Service (PHS)<br>Act, 42 U.S.C. § 233(g)-(n) |
| **6. ENTITY TYPE:** Grantee | |
| **7. EXECUTIVE DIRECTOR:**<br>Dwayne Butler | |
| **8a. GRANTEE ORGANIZATION:**<br>PEOPLE'S COMMUNITY HEALTH CENTER | |
| **8b. GRANT NUMBER:** H80CS00133 | |

**9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

a. The authorizing program legislation cited above.
b. The program regulation cited above, and,
c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

*Electronically signed by Cheryl Dammons, Deputy Associate Administrator for Primary Health Care on:*
*9/23/2010 5:34:56 PM*



GOVERNMENT
EXHIBIT

A

| FTCA DEEMING NOTICE NO.:<br>1-F00000472-10-1 | GRANT NUMBER:<br>H80CS00133 |  |
|---|---|---|

**PEOPLE'S COMMUNITY HEALTH CENTER**
**5701 DELMAR BOULEVARD**
**ST. LOUIS, MO 63112-2617**

Dear Dwayne Butler:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems PEOPLE'S COMMUNITY HEALTH CENTER to be an employee of the PHS, for the purposes of section 224, effective 1/1/2011 through 12/31/2011.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both PEOPLE'S COMMUNITY HEALTH CENTER and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information, please contact your HRSA Project Officer as listed on your Notice of Grant Award or the Bureau of Primary Health Care (BPHC) Help Line at 1-877-974-2742 or bphchelpline@hrsa.gov.

| FTCA DEEMING NOTICE NO.:<br>1-F00000472-09-01 | GRANT NUMBER:<br>H80CS00133 |  |
| --- | --- | --- |

**PEOPLE'S COMMUNITY HEALTH CENTER**
**5701 DELMAR BOULEVARD**
**ST. LOUIS, MO 63112-2617**

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n), deems PEOPLE'S COMMUNITY HEALTH CENTER to be an employee of the PHS, for the purposes of section 224, effective 1/1/2010 through 12/31/2010.

Section 224(a) provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, is a licensed or certified provider in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information, please contact your HRSA Project Officer as listed on your Notice of Grant Award or the FTCA Help Line at 1-877-464-4772.



**DEPARTMENT OF HEALTH & HEALTH SERVICES**

Health Resources and Services
Administration

Bureau of Primary Health Care
Rockville MD 20857

SEP 2 4 2008

Executive Director
People's Health Center Inc.
UDS# 072100
5701 Delmar Blvd.
St. Louis, MO  63112

Reference:     Malpractice Liability Coverage – Renewal Health
               Center Deeming Letter Coverage Effective
               January 1, 2009 through December 31, 2009

Dear Executive Director:

The Health Resources and Services Administration (HRSA) in
accordance with Section 224(g) of the Public Health Service
(PHS) Act, 42 U.S.C. §233(g), as amended by the Federally
Supported Health Centers Assistance Act of 1995 (FSHCAA),
(P.L. 104-73), deems the above named entity to be an employee
of the PHS, for the purposes of section 224, effective
January 1, 2009.  Section 224(a) provides liability protection
under the Federal Tort Claims Act (FTCA) for damage for
personal injury, including death, resulting from the
performance of medical, surgical, dental, and related
functions and is exclusive of any other civil action or
proceeding.

The 1995 amendments to FSHCAA clarified that FTCA coverage
extends to deemed health centers and their: (1) officers; (2)
governing board members; (3) full- and part-time health center
employees; (4) licensed or certified health care practitioner
contractors (who are not corporations) providing full-time
services (i.e., on average at least 32 ½ hours per week); and
(5) licensed or certified health care practitioner contractors
(who are not corporations) providing part-time services in the
fields of family practice, general internal medicine, general
pediatrics, or obstetrics/gynecology.  Volunteers are neither
employees nor contractors and, therefore, are not eligible for
FTCA coverage.

In addition, FTCA coverage is comparable to an "occurrence"
policy without a monetary cap.  Therefore, any coverage limits
that may be mandated by other organizations are met.

Page 2

This action is based on the assurances provided in your FTCA deeming application, as required under 42 U.S.C. §233(h), with regard to: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice; (2) implementation of a system whereby professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals are reviewed and verified; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. §254(b), in order to maintain FTCA coverage. If the deemed entity loses its Section 330 funding, its coverage under the FTCA will end immediately upon termination of the grant.

In addition to the FTCA statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures included on the enclosed list. These documents can be found online at http://www.bphc.hrsa.gov/pinspals/default.htm.

For further information, please contact the Office of Quality and Data at 301-594-0818.

Sincerely,

James Macrae
Associate Administrator

Enclosure



**DEPARTMENT OF HEALTH & HUMAN SERVICES**          Health Resources and Services Administration

Rockville, Maryland 20857

OCT 2 3 2007

Executive Director
People's Health Center, Inc.
UDS # 072100
5701 Delmar Boulevard
St. Louis, Missouri  63112-2617


Reference:     Malpractice Liability Coverage - Renewal Health
               Center Deeming Letter Coverage Effective
               January 1, 2008 through December 31, 2008

Dear Executive Director:

The Health Resources and Services Administration (HRSA) in
accordance with Section 224(g) of the Public Health Service
(PHS) Act, 42 U.S.C. §233(g), as amended by the Federally
Supported Health Centers Assistance Act of 1995 (FSHCAA),
(P.L. 104-73), deems the above named entity to be an employee
of the PHS, for the purposes of section 224, effective
January 1, 2008.  Section 224(a) provides liability protection
under the Federal Tort Claims Act (FTCA) for damage for
personal injury, including death, resulting from the
performance of medical, surgical, dental, and related
functions and is exclusive of any other civil action or
proceeding.

The 1995 amendments to FSHCAA clarified that FTCA coverage
extends to deemed health centers and their: (1) officers; (2)
governing board members; (3) full- and part-time health center
employees; (4) licensed or certified health care practitioner
contractors (who are not corporations) providing full-time
services (i.e., on average at least 32 ½ hours per week); and
(5) licensed or certified health care practitioner contractors
(who are not corporations) providing part-time services in the
fields of family practice, general internal medicine, general
pediatrics, or obstetrics/gynecology.  Volunteers are neither
employees nor contractors and, therefore, are not eligible for
FTCA coverage.

In addition, FTCA coverage is comparable to an "occurrence"
policy without a monetary cap.  Therefore, any coverage limits
that may be mandated by other organizations are met.

Page 2

This action is based on the assurances provided in your FTCA deeming application, as required under 42 U.S.C. §233(h), with regard to:  (1) implementation of appropriate policies and procedures to reduce the risk of malpractice; (2) implementation of a system whereby professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals are reviewed and verified; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. §254(b), in order to maintain FTCA coverage.  If the deemed entity loses its Section 330 funding, its coverage under the FTCA will end immediately upon termination of the grant.

In addition to the FTCA statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures included on the enclosed list. These documents can be found online at http://www.bphc.hrsa.gov/pinspals/default.htm.

For further information, please contact the Office of Quality and Data at 301-594-0818.

                              Sincerely,

                              James Macrae
                              Associate Administrator

Enclosure



DEPARTMENT OF HEALTH & HUMAN SERVICES

Health Resources and Services Administration

Bureau of Primary Health Care
Rockville MD 20857

DEC 18 2006

Ms. Betty J. Kerr
Executive Director
People's Health Centers, Inc.
UDS # 072100
5701 Delmar Boulevard
St. Louis, MO 63112-2617

Reference:    Malpractice Liability Coverage – Renewal Health Center Deeming Letter
Coverage Effective January 1, 2007 through December 31, 2007

Dear Ms. Kerr:

The Health Resources and Services Administration (HRSA) in accordance with Section 224(g) of the Public Health Service (PHS) Act, 42 U.S.C. §233(g), as amended by the Federally Supported Health Centers Assistance Act of 1995 (FSHCAA), (P.L. 104-73), deems the above named entity to be an employee of the PHS, for the purposes of section 224, effective January 1, 2007. Section 224(a) provides liability protection under the Federal Tort Claims Act (FTCA) for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, and related functions and is exclusive of any other civil action or proceeding.

The 1995 amendments to FSHCAA clarified that FTCA coverage extends to deemed health centers and their: (1) officers; (2) governing board members; (3) full- and part-time health center employees; (4) licensed or certified health care practitioner contractors (who are not corporations) providing full-time services (i.e., on average at least 32 ½ hours per week); and (5) licensed or certified health care practitioner contractors (who are not corporations) providing part-time services in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the assurances provided in your FTCA deeming application, as required under 42 U.S.C. §233(h), with regard to: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice; (2) implementation of a system whereby professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals are reviewed and verified; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Page 2 – Ms. Betty J. Kerr

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. §254(b), in order to maintain FTCA coverage.  If the deemed entity loses its Section 330 funding, its coverage under the FTCA will end immediately upon termination of the grant.

In addition to the FTCA statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures included on the enclosed list.  These documents can be found online at http://www.bphc.hrsa.gov/pinspals/default.htm.

For further information, please contact your HRSA Project Officer as listed on your notice of grant award.

Sincerely,

James Macrae
Associate Administrator

Enclosure