IN THE UNITED STATES DISTRICT OCURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANJANAI FLENOID, Individually and as Plaintiff ad Litem on behalf of Decedent, ANIKA FLENOID, ) ) ) ) | |
| Plaintiff, ) ) | Cause No.   4:11-CV-01176 |
| vs. ) ) | Division No. |
| ENVISION HOSPITAL CORPORATION, d/b/a ST. ALEXIUS HOSPITAL, et al., ) ) ) | |
| Defendants. ) | |

MOTION:
Granted ✓
Denied
Overruled
Date
OKM 8/16/11

## MEMORANDUM

COMES NOW Plaintiff, Anjanai Flenoid, Individually and as Plaintiff ad Litem on behalf of Decedent Anika Flenoid and hereby dismisses the above cause of action, against all defendants, without prejudice.

Respectfully submitted,

MANDEL & MANDEL, LLP

/s/ Alan S. Mandel
ALAN S. MANDEL, ESQ., #12708
Attorney at Law
1108 Olive Street, Fifth Floor
St. Louis, MO 63101
PH: 314-621-1701
FX: 314-621-4800